B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary J Ryall
       Nancy S Ryall                                      Case No. _____

                                      Debtor(s)        Chapter     13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __281.00__ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

     $ _____70.25_____ Check one    ■ With the filing of the petition, or
                                                □ On or before _____

     $ _____70.25_____ on or before   6 / 30 / 12

     $ _____70.25_____ on or before   7 / 30 / 12

     $ _____70.25_____ on or before   8 / 30 / 12

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date _____5/25/2012_____             Signature _____
                                                Gary J Ryall
Attorney for Debtor(s)                      Debtor
Jeffry A Dahlberg
Balsley & Dahlberg
5130 North Second Street
Loves Park, IL 61111                      Signature _____
(815) 877-2593                                              Nancy S Ryall
Fax: (815) 877-7965                                     Joint Debtor
www.balsleylawoffice.com